No. 02–438. JONES *v.* ROBINSON ET AL. C. A. 6th Cir. Certiorari denied.

No. 02–448. HILL ET AL., AS NEXT FRIENDS OF COURS, A MINOR *v.* CITY OF FREEPORT, TEXAS, ET AL. C. A. 5th Cir. Certiorari denied.

No. 02–449. HOLIDAY QUALITY FOODS, INC. *v.* DORAN. C. A. 9th Cir. Certiorari denied.

No. 02–456. ROJAS *v.* IONICS, INC., ET AL. C. A. 1st Cir. Certiorari denied.

No. 02–457. ROLLESTON *v.* ESTATE OF SIMS ET AL. Ct. App. Ga. Certiorari denied.

No. 02–459. FRANCISCO *v.* M/T STOLT ACHIEVEMENT ET AL. C. A. 5th Cir. Certiorari denied.

No. 02–462. PROVIDENT LIFE & ACCIDENT INSURANCE CO. *v.* COOPER. C. A. 9th Cir. Certiorari denied.

No. 02–465. MIRANDA VARGAS *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 02–480. ADAMS *v.* INDIANA DEPARTMENT OF REVENUE. Sup. Ct. Ind. Certiorari denied.

No. 02–491. MICCOSUKEE TRIBE OF INDIANS OF FLORIDA *v.* TAMIAMI PARTNERS, LTD. C. A. 11th Cir. Certiorari denied.

No. 02–495. SOKOLOV *v.* TREX MEDICAL CORP., LORAD DIVISION, ET AL. App. Ct. Conn. Certiorari denied.

No. 02–502. M–3 & ASSOCIATES, INC. *v.* CARGO SYSTEMS, INC., ET AL. C. A. Fed. Cir. Certiorari denied.

No. 02–505. CURREY ET AL. *v.* CITY OF DALLAS, TEXAS. Ct. App. Tex., 5th Dist. Certiorari denied.